**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**

      **Plaintiff,**

    **.v.**

**NORTH TARRYTOWN MARKET INC.,**
**d/b/a LA ESQUINA ECUATURIANO RESTAURANTE**
**and RAPHAEL LAVANDIER**

     **Defendants,**
--------------------------------------------------------X



Civil Action No.

FILED
JUN -5 2007
USDC WP SDNY

**RULE 7.1 STATEMENT**



U.S. DISTRICT COURT
FILED
JUN -5 2007
W.B
S.D. OF N.Y.

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the
Court to evaluate possible disqualification or recusal, the undersigned counsel for
Garden City Boxing Club, Inc. (a private non-governmental party) certifies
that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

**Date:**    6/1/07

_____
**Signature of Attorney**

**Attorney Bar Code: PJH9510**

Form Rule7_1.pdf

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**

       **Plaintiff,**

     **.v.**

**NORTH TARRYTOWN MARKET INC.,**
**d/b/a LA ESQUINA ECUATURIANO RESTAURANTE**
**and RAPHAEL LAVANDIER**

       **Defendants,**
-----------------------------------------------------------X



Civil Action No.

FILED
JUN - 5 2007
USDC WP SDNY

**RULE 7.1 STATEMENT**



U. S. DISTRICT COURT
FILED
JUN - 5 2007
S. D. OF N.Y. W.B.

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the
Court to evaluate possible disqualification or recusal, the undersigned counsel for
 Garden City Boxing Club, Inc.  (a private non-governmental party) certifies
that the following are corporate parents, affiliates and/or subsidiaries of said party,
which are publicly held.

**Date:**     6/1/07

               **Signature of Attorney**

               **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf