## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**NORTH TARRYTOWN MARKET INC DBA LA ESQUINA ECUATURIANO RESTAURANTE ET ANO,**

    DEFENDANT
------------------------------------

Index No: **07 CIV 4797**
Date Filed: **06/05/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/26/2007** at **3:45PM** at **185 VALLEY STREET, SLEEPY HOLLOW, NY 10591**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **NORTH TARRYTOWN MARKET INC DBA LA ESQUINA ECUATURIANO RESTAURANTE** the **DEFENDANT** therein named by delivering to, and leaving personally with **MARIA SANCHEZ, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **25**    APP. HT: **5'4**    APP. WT: **120**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/28/2007**

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010



_____
JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA

