UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,           INDEX # 07-CV-4797 (WCC)
                    Plaintiff,                           ECF CASE
                                         ORDER TO SHOW CAUSE

        -against-

NORTH TARRYTOWN MARKET INC.
d/b/a LA ESQUINA ECUATURIANO RESTAURANTE
and RAPHAEL LAVANDIER
                    Defendant,
------------------------------------------------------X

      Upon the annexed affidavit of Paul J. Hooten, Esq. sworn to October 26, 2007 and upon all the papers and proceedings herein:

      Let the defendants show cause at: United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on **December 5**, 2007 at **11:45** a.m./p.m. or as soon thereafter as counsel may be heard, why an order allowing the plaintiff to enter a default judgment against the defendant and for other and further relief as may be just and proper should not be granted.

      SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the defendants, via process server, on or before **Nov. 8, 2007** shall be deemed good and sufficient.

      PROOF OF SUCH SERVICE may be filed in the Clerk's office before the return date of this Order to Show Cause.

Defendant:

North Tarrytown Market Inc.
d/b/a La Esquina Ecuaturiano Restaurante
185 Valley Street
Sleepy Hollow, NY 10591

Raphael Lavandier
52 Depeyster Street
Sleepy Hollow, NY 10591

SO ORDERED:

*William C. Conner*
William C. Conner
United States District Court Judge

11-5-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for 7