UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------

GARDEN CITY BOXING CLUB, INC.,

    PLAINTIFF

– vs. –

NORTH TARRYTOWN MARKET INC DBA LA ESQUINA ECUATURIANO RESTAURANTE ET ANO,

    DEFENDANT(s)

---------------------------------------------

Index No: 07–CV–4797 (WCC)
Date Filed: 00/00/0000
Office No:
Court Date: 12/05/2007

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

JOSEPH BARNUM being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **11/08/2007** at **07:10AM** at **52 DEPEYSTER ST PRIVATE HOUSE, SLEEPY HOLLOW, NY 10591**, deponent attempted to make personal service of a true copy of the **ORDER TO SHOW CAUSE** in the above entitled action upon **NORTH TARRYTOWN MARKET INC DBA LA ESQUINA ECUATURIANO RESTAURANTE** the DEFENDANT therein named.
    Deponent made prior diligent efforts to effect personal service upon the said DEFENDANT at the aforementioned address, to wit: **11/06/2007 07:15PM, 11/07/2007 11:20AM, 11/08/2007 07:10AM**. That personal service could not be made with due diligence upon the said DEFENDANT nor a person of suitable age and discretion found who would receive same true copies thereof. Therefore deponent on **11/08/2007** at **07:10AM** at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said DEFENDANT, **NORTH TARRYTOWN MARKET INC DBA LA ESQUINA ECUATURIANO RESTAURANTE** by affixing same to the door of DEFENDANT,

and on **11/08/2007** I deposited in the United States mail another true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said DEFENDANT at **52 DEPEYSTER ST PRIVATE HOUSE, SLEEPY HOLLOW, NY 10591**. That address being **actual place of business of the DEFENDANT**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me on **11/08/2007**.

HARVEY TARBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

JOSEPH BARNUM
AAA ATTORNEY SERVICE CO OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: 1PJH910019
ML

