Conner, J.   DC

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,        INDEX # 07-CV-4797 (WCC)
                      Plaintiff,

                                    ECF CASE

   -against-

                                  **DEFAULT JUDGMENT**

NORTH TARRYTOWN MARKET INC.
d/b/a LA ESQUINA ECUATURIANO RESTAURANTE
and RAPHAEL LAVANDIER
                  Defendant,
--------------------------------------------------------X

This action having been commenced on June 5, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, North Tarrytown Market, Inc. d/b/a La Esquina Ecuaturiano Restaurante .and Raphael Lavandier on June 26, 2007, and a proof of service having been filed on July 2, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from June 5, 2004, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, plus attorney fees in the amount of $1,000.00 amounting in all to $27,470.00

Dated: White Plains, New York

December 5, 2007

                                             William C. Conner
                                           United States District Judge

                                           This document was entered on the docket
                                           on _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD